UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

   v.

Michael Grimes,

       Defendant.

Case No: 19-cr-20520

Hon. Bernard A. Friedman

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the addition of an Assistant U.S. Attorney as co-counsel of record for the above captioned case:

| *Add the following AUSA:* | *Terminate the Following AUSA:* |
|---|---|
| Name:   Frances Lee Carlson<br>Bar ID:   P62624<br>Telephone:   313-226-9696<br>Fax:   313-226-3413<br>Email:   Frances Lee Carlson | n/a |

MATTHEW SCHNEIDER
United States Attorney

*s/FRANCES LEE CARLSON*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Frances.Carlson@usdoj.gov
(313) 226-9696
P62624

Date:   August 26, 2019