UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Michael Grimes,

    Defendant.

19-20520

FILED
AUG 28 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, Michael Grimes, the defendant in this case, understand that I am being charged with felonies in violation of 18 U.S.C. §§ 1349 and 1956(h). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

                                                Michael Grimes
                                                Defendant

                                                Michael P. Manley
                                                Attorney for Defendant

Dated: 8/28/19